◼ In the Matter of SPORTSMEN'S ASSOCIATION FOR FIREARMS EDUCATION, INC., Appellant, v DONALD F. KANE, as Commissioner of the Police Department of the County of Nassau, et al., Respondents. [698 NYS2d 170] —In a proceeding pursuant to CPLR article 78 to compel the respondents to disclose certain documents pursuant to the Freedom of Information Law (Public Officers Law art 6), the petitioner appeals from a judgment of the Supreme Court, Nassau County (Feuerstein, J.), dated September 8, 1998, which, *inter alia,* dismissed the proceeding.

Ordered that the judgment is affirmed, with costs.

Contrary to the petitioner's contention, the Supreme Court properly refused to compel the disclosure of information protected by Penal Law § 400.00 (5) (*see,* Public Officers Law § 87 [2] [a]; *Matter of Tartan Oil Corp. v State of N. Y. Dept. of Taxation & Fin.,* 239 AD2d 36).

The petitioner's remaining contention is without merit. Bracken, J. P., Joy, Goldstein and Luciano, JJ., concur.